UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

ALYSSA CARDOSO,

Defendant.

SEALED INDICTMENT

24 Cr.

24CRIM 512

## COUNTS 1-109
(Aiding and Assisting Preparation of a False and Fraudulent U.S. Individual Income Tax Return)

The Grand Jury charges:

### OVERVIEW

1. At all times relevant to this Indictment, ALYSSA CARDOSO, the defendant, operated a tax preparation business known as Alpine Tax Service Inc. ("Alpine"), located in the Bronx, New York. CARDOSO was the only tax preparer at Alpine. In connection with Alpine, CARDOSO prepared and electronically filed tax returns for Alpine's and CARDOSO's clients, for which Alpine and CARDOSO typically received fees. For the tax years 2018 through 2021, CARDOSO willfully and knowingly prepared 109 tax returns for at least 45 clients that contained materially false items and information, causing a projected tax loss to the Internal Revenue Service ("IRS") of hundreds of thousands of dollars.

### Background on Tax Returns

2. Pursuant to the Internal Revenue Code and associated regulations, individual taxpayers generally are required to accurately report their income, tax liabilities, and, where appropriate, any claim for a refund annually on a United States Individual Income Tax Return, Form 1040 ("Form 1040"), which must be filed with the IRS.

3. In some instances, individuals hire organizations or other individuals to assist in the preparation of their Forms 1040.

4. A Schedule A ("Itemized Deductions") is an IRS form that is attached to a Form 1040 when applicable and must be used by taxpayers to claim certain permissible deductions from taxable income. Deductions to be claimed on Schedule A include, among other things: medical and dental expenses, gifts to charity, job-related and other miscellaneous expenses, and state and local taxes paid.

5. A Schedule C ("Profit or Loss from Business (Sole Proprietorship)") is an IRS form that is attached to a Form 1040 when applicable and must be used by taxpayers to report income or loss from a business operated or profession practiced as a sole proprietor by the taxpayer.

6. A Schedule E ("Supplemental Income and Loss") is an IRS form that is attached to a Form 1040 when applicable and must be used by the taxpayer to report, among other things, income or loss from rental real estate.

## The Tax Fraud Scheme

7. For the tax years 2018 through 2021, ALYSSA CARDOSO, the defendant, prepared and filed approximately 3,094 Forms 1040 on behalf of taxpayers.

8. On many of the returns that ALYSSA CARDOSO, the defendant, prepared for the tax years 2018 through 2021 and submitted to the IRS, CARDOSO reported on behalf of clients (i) false Schedule A deductions, such as medical and dental expenses, personal property taxes, gifts to charity, and other miscellaneous expenses; (ii) false Schedule C business expenses; (iii) false Schedule E deductions, such as for rental income losses, rental property expenses, and other miscellaneous expenses; and (iv) false filing status and student loan interest. By including false deductions, losses, expenses, and benefits on tax returns she prepared for clients, CARDOSO

fraudulently reduced the clients' tax liability and increased the clients' tax refunds from the IRS. Many of the numbers that CARDOSO entered were completely fictitious and were not supported by any evidence or documentation.

## STATUTORY ALLEGATIONS

9. The allegations contained in paragraphs 1 through 8 of this Indictment are repeated and realleged as if fully set forth herein.

10. On or about the dates set forth below, in the Southern District of New York and elsewhere, ALYSSA CARDOSO, the defendant, willfully and knowingly aided and assisted in, and procured, counseled, and advised the preparation and presentation under, and in connection with a matter arising under, the internal revenue laws, of a return, affidavit, claim, and other document, to wit, United States Individual Income Tax Returns (Forms 1040 and accompanying forms and schedules), for the taxpayers listed below, and for the tax years listed below, which returns were false and fraudulent as to material matters, in that, among other things, and as set forth below, the returns fabricated and/or fraudulently overstated items such as: (i) Schedule A deductions, including medical and dental expenses, personal property taxes, gifts to charity, and other miscellaneous expenses; (ii) Schedule C business expenses; (iii) Schedule E deductions, including for rental income losses, rental property expenses, and other miscellaneous expenses; and (iv) false filing status and student loan interest.

| Count | Taxpayer | Tax Year | Fabricated Items | Approx. Tax Loss |
|---|---|---|---|---|
| 1 | Taxpayer-1 | 2018 | • Sch A- Medical and Dental Expenses<br>• Sch A - State and Local Personal Property Tax<br>• Sch A - Other Taxes | $84 |
| 2 | | 2019 | • Sch A- Medical and Dental Expenses<br>• Sch A - State and Local Personal Property Tax | $396 |
| 3 | Taxpayer-2 | 2019 | • Sch A - Medical and Dental Expenses | $2,631 |
| 4 | | 2020 | • Sch A - Medical and Dental Expenses<br>• Sch A - Other Taxes<br>• Sch E - Rental Property Expenses | $6,894 |
| 5 | | 2021 | • Sch A - Other Taxes<br>• Sch E - Rental Property Expenses | $4,451 |
| 6 | Taxpayer-3 | 2019 | • Sch A - Medical and Dental Expenses<br>• Sch - A State and Local Personal Property Tax | $1,008 |
| 7 | | 2020 | • Sch A - Medical and Dental Expenses<br>• Sch - A State and Local Personal Property Tax | $768 |
| 8 | Taxpayer-4 | 2019 | • Sch A - Medical and Dental Expenses<br>• Sch - A State and Local Personal Property Tax | $306 |
| 9 | | 2020 | • Sch A - Medical and Dental Expenses | $510 |
| 10 | Taxpayer-5 | 2019 | • Sch A - State and Local Personal Property Tax<br>• Sch A - Other Taxes<br>• Sch A - Medical and Dental Expenses<br>• Sch C - Business Expenses | $5,958 |
| 11 | | 2020 | • Sch A - Medical and Dental Expenses<br>• Sch A - Gifts to Charity<br>• Sch C - Business Expenses | $20,920 |
| 12 | | 2021 | • Sch C - Business Expenses | $11,579 |
| 13 | Taxpayer-6 | 2018 | • Sch A - Medical and Dental Expenses | $1,683 |
| 14 | | 2019 | • Sch A - Medical and Dental Expenses<br>• Sch A - State and Local Personal Property Tax | $1,382 |
| 15 | | 2020 | • Sch A - Medical and Dental Expenses<br>• Sch C - Business Expenses | $1,044 |
| 16 | | 2021 | • Sch C - Business Expenses | $2,276 |

| Count | Taxpayer | Tax Year | Fabricated Items | Approx. Tax Loss |
|---|---|---|---|---|
| 17 | Taxpayer-7 | 2019 | - Sch A - Medical and Dental Expenses<br>- Sch A - Other taxes | $2,090 |
| 18 | | 2020 | - Sch A - Medical and Dental Expenses | $1,177 |
| 19 | | 2021 | - Sch A - Medical and Dental Expenses<br>- Sch A - Other Taxes | $1,639 |
| 20 | Taxpayer-8 | 2018 | - Student Loan Interest<br>- Sch A - Medical and Dental Expenses<br>- Sch A - Other Taxes | $996 |
| 21 | | 2019 | - Student Loan Interest<br>- Sch A - Medical and Dental Expenses<br>- Sch A - Other Taxes | $1,026 |
| 22 | | 2021 | - Student Loan Interest<br>- Sch A - Medical and Dental Expenses<br>- Sch A - Other Taxes | $1,560 |
| 23 | Taxpayer-9 | 2018 | - Filing status<br>- Sch A - Medical and Dental Expenses<br>- Sch A - Other Taxes | $3,179 |
| 24 | | 2019 | - Filing status<br>- Sch A - Medical and Dental Expenses<br>- Sch A - State and Local Personal Property Tax<br>- Sch A - Other Taxes | $3,587 |
| 25 | Taxpayer-10 | 2019 | - Sch A - Medical and Dental Expenses<br>- Sch A - Other Taxes | $550 |
| 26 | | 2020 | - Sch A - Medical and Dental Expenses | $946 |
| 27 | Taxpayer-11 | 2018 | - Sch A - Medical and Dental Expenses<br>- Sch A - State and Local Personal Property Tax<br>- Sch C - Business Expenses | $4,662 |
| 28 | | 2019 | - Sch A - Medical and Dental Expenses<br>- Sch A - Other Taxes<br>- Sch C - Business Expenses | $3,308 |
| 29 | Taxpayer-12 | 2019 | - Sch A - Medical and Dental Expenses | $616 |
| 30 | | 2020 | - Sch A - Medical and Dental Expenses<br>- Sch A - Gifts to Charity | $2,770 |
| 31 | | 2021 | - Sch A - Medical and Dental Expenses<br>- Sch A - Other Taxes | $1,606 |
| 32 | Taxpayer-13 | 2018 | - Sch A - Medical and Dental Expenses | $1,620 |

| Count | Taxpayer | Tax Year | Fabricated Items | Approx. Tax Loss |
|---|---|---|---|---|
| 33 | Taxpayer-14 | 2018 | • Sch A - Medical and Dental Expenses<br>• Sch A - Other Taxes | $3,553 |
| 34 | | 2019 | • Sch A - Medical and Dental Expenses<br>• Sch A - Other Taxes<br>• Sch E - Rental Income Losses | $7,791 |
| 35 | | 2021 | • Sch A - Other Taxes | $2,160 |
| 36 | Taxpayer-15 | 2018 | • Sch A - Medical and Dental Expenses<br>• Sch A - State and Local Personal Property Tax<br>• Sch A - Gifts to Charity | $2,972 |
| 37 | | 2019 | • Sch A - Medical and Dental Expenses<br>• Sch A - State and Local Personal Property Tax | $1,114 |
| 38 | | 2020 | • Sch A - Medical and Dental Expenses<br>• Sch A - Gifts to Charity | $3,266 |
| 39 | | 2021 | • Sch A - Medical and Dental Expenses<br>• Sch A - Other Taxes | $1,728 |
| 40 | Taxpayer-16 | 2018 | • Sch A - Medical and Dental Expenses | $2,578 |
| 41 | | 2019 | • Sch A - Medical and Dental Expenses<br>• Sch A - Other Taxes | $2,567 |
| 42 | Taxpayer-17 | 2019 | • Sch A - Other Taxes<br>• Sch A - Medical and Dental Expenses | $3,509 |
| 43 | | 2020 | • Sch A - Other Taxes<br>• Sch A - Gifts to Charity | $1,980 |
| 44 | Taxpayer-18 | 2019 | • Sch A - Medical and Dental Expenses<br>• Student Loan Interest | $1,261 |
| 45 | | 2020 | • Sch A - Medical and Dental Expenses | $528 |
| 46 | Taxpayer-19 | 2018 | • Sch A - Medical and Dental Expenses | $2,772 |
| 47 | | 2019 | • Sch A - Medical and Dental Expenses | $853 |
| 48 | | 2021 | • Sch A - Other Taxes | $3,239 |
| 49 | Taxpayer-20 | 2018 | • Filing Status<br>• Sch A - Other Taxes | $5,538 |
| 50 | | 2019 | • Filing Status<br>• Sch A - Medical and Dental Expenses | $5,770 |
| 51 | | 2020 | • Filing Status<br>• Sch A - Medical and Dental Expenses | $4,317 |

| Count | Taxpayer | Tax Years | Fabricated Items | Approx. Tax Loss |
|---|---|---|---|---|
| 52 | Taxpayer-21 | 2019 | • Sch A - Medical and Dental Expenses<br>• Sch A - Other Taxes<br>• Sch C - Business Expenses | $4,667 |
| 53 | | 2020 | • Sch A - Medical and Dental Expenses<br>• Sch A - Other Taxes | $1,620 |
| 54 | | 2021 | • Sch A - Other Taxes<br>• Sch C – Business Expenses | $6,873 |
| 55 | Taxpayer-22 | 2018 | • Sch A - Other Taxes | $335 |
| 56 | | 2021 | • Sch A - Medical and Dental Expenses<br>• Sch A - Other Taxes | $1,563 |
| 57 | Taxpayer-23 | 2019 | • Sch A - Medical and Dental Expenses<br>• Sch A - Other Taxes | $5,926 |
| 58 | | 2021 | • Sch A - Other Taxes | $3,612 |
| 59 | Taxpayer-24 | 2019 | • Sch A - Medical and Dental Expenses<br>• Sch A - Other Taxes | $2,297 |
| 60 | | 2020 | • Sch A - Medical and Dental Expenses<br>• Sch A - Other Taxes<br>• Sch A - Gifts to Charity | $3,344 |
| 61 | | 2021 | • Sch A - Medical and Dental Expenses<br>• Sch A - Other Taxes<br>• Sch A - Gifts to Charity | $3,564 |
| 62 | Taxpayer-25 | 2018 | • Sch A - Medical and Dental Expenses | $3,564 |
| 63 | | 2019 | • Sch A - Medical and Dental Expenses | $3,696 |
| 64 | | 2020 | • Sch A - Medical and Dental Expenses | $957 |
| 65 | Taxpayer-26 | 2019 | • Sch A - Medical and Dental Expenses<br>• Sch A - Other Taxes | $2,310 |
| 66 | | 2021 | • Sch A - Medical and Dental Expenses | $1,106 |
| 67 | Taxpayer-27 | 2019 | • Sch A - Medical and Dental Expenses<br>• Sch A - Other Taxes | $1,644 |
| 68 | | 2020 | • Sch A - Medical and Dental Expenses | $612 |
| 69 | Taxpayer-28 | 2019 | • Sch A - Medical and Dental Expenses<br>• Sch A - Other Taxes | $1,474 |
| 70 | | 2020 | • Sch A - Medical and Dental Expenses | $888 |
| 71 | Taxpayer-29 | 2019 | • Sch A - Medical and Dental Expenses<br>• Sch A - Other Taxes | $4,246 |
| 72 | | 2020 | • Sch A - Medical and Dental Expenses | $5,027 |
| 73 | | 2021 | • Sch A - Other Taxes | $3,139 |

| Count | Taxpayer | Tax Year | Fabricated Items | Approx. Tax Loss |
|---|---|---|---|---|
| 74 | Taxpayer-30 | 2018 | • Sch A - Medical and Dental Expenses<br>• Sch A - Gifts to Charity | $2,255 |
| 75 | | 2019 | • Sch A - Other Taxes<br>• Sch A - Medical and Dental Expenses<br>• Sch A - Gifts to Charity | $4,466 |
| 76 | Taxpayer-31 | 2019 | • Sch A - Medical and Dental Expenses<br>• Sch A - Other Taxes | $1,540 |
| 77 | | 2021 | • Sch A - Medical and Dental Expenses<br>• Sch A - Other Taxes | $1,690 |
| 78 | Taxpayer-32 | 2018 | • Sch A - Medical and Dental Expenses | $561 |
| 79 | | 2019 | • Sch A - Medical and Dental Expenses<br>• Sch A - Other Taxes | $4,748 |
| 80 | | 2020 | • Sch A - Medical and Dental Expenses | $4,726 |
| 81 | | 2021 | • Sch A - Medical and Dental Expenses | $1,540 |
| 82 | Taxpayer-33 | 2018 | • Filing Status<br>• Sch A - Other Taxes<br>• Sch A - Medical and Dental Expenses | $2,082 |
| 83 | | 2019 | • Filing Status<br>• Sch A - Other Taxes<br>• Sch A - Medical and Dental Expenses | $1,925 |
| 84 | Taxpayer-34 | 2018 | • Sch A - Medical and Dental Expenses<br>• Sch A - Other Taxes | $1,180 |
| 85 | | 2019 | • Sch A - Medical and Dental Expenses<br>• Sch A - Other Taxes | $2,975 |
| 86 | Taxpayer-35 | 2019 | • Sch A - Medical and Dental Expenses<br>• Sch A - Other Taxes | $1,704 |
| 87 | | 2020 | • Sch A - Medical and Dental Expenses | $1,463 |
| 88 | Taxpayer-36 | 2018 | • Sch A - Medical and Dental Expenses<br>• Sch A - Other Taxes | $834 |
| 89 | | 2019 | • Sch A - Medical and Dental Expenses<br>• Sch A - Other Taxes | $3,431 |
| 90 | | 2020 | • Sch A - Medical and Dental Expenses | $920 |

| Count | Taxpayer | Tax Year | Fabricated Items | Approx. Tax Loss |
|---|---|---|---|---|
| 91 | Taxpayer-37 | 2018 | • Sch A - Medical and Dental Expenses<br>• Sch A - Other Taxes<br>• Student Loan Interest | $846 |
| 92 | | 2019 | • Sch A - Medical and Dental Expenses<br>• Sch A - Other Taxes<br>• Sch A - Gifts to Charity<br>• Student Loan Interest | $1,440 |
| 93 | | 2020 | • Sch A - Medical and Dental Expenses<br>• Sch A - Gifts to Charity<br>• Student Loan Interest | $678 |
| 94 | Taxpayer-38 | 2018 | • Filing Status<br>• Sch A - Other Taxes | $3,549 |
| 95 | | 2019 | • Filing Status | $1,853 |
| 96 | | 2021 | • Filing Status | $3,790 |
| 97 | Taxpayer-39 | 2019 | • Sch A - Medical and Dental Expenses<br>• Sch A - Other Taxes<br>• Student Loan Interest | $2,145 |
| 98 | | 2021 | • Sch A - Medical and Dental Expenses<br>• Sch A - Other Taxes | $3,509 |
| 99 | Taxpayer-40 | 2019 | • Sch A - Medical and Dental Expenses | $1,570 |
| 100 | | 2021 | • Sch A - Medical and Dental Expenses | $1,177 |
| 101 | Taxpayer-41 | 2021 | • Sch A - Other Taxes | $6,148 |
| 102 | Taxpayer-42 | 2019 | • Sch A - Other Taxes<br>• Sch A - Gifts to Charity | $1,221 |
| 103 | | 2020 | • Sch A - Other Taxes<br>• Sch A - Gifts to Charity | $2,134 |
| 104 | | 2021 | • Sch A - Other Taxes | $2,244 |
| 105 | Taxpayer-43 | 2019 | • Sch A - Other Taxes | $300 |
| 106 | Taxpayer-44 | 2019 | • Sch A - Medical and Dental Expenses<br>• Sch A - Other Taxes<br>• Sch A - Gifts to Charity | $3,355 |
| 107 | | 2020 | • Sch A - Medical and Dental Expenses<br>• Student Loan Interest | $1,980 |

9

| Count | Taxpayer | Tax Year | Fabricated Items | Approx. Tax Loss |
|-------|----------|----------|------------------|------------------|
| 108 | Taxpayer-45 | 2018 | • Sch A - Medical and Dental Expenses | $1,419 |
| 109 | | 2020 | • Sch A - Medical and Dental Expenses | $3,432 |

(Title 26, United States Code, Section 7206(2), and Title 18, United States Code, Section 2.)

_____
FOREPERSON

_____
DAMIAN WILLIAMS
United States Attorney