UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

ALYSSA CARDOSO,

Defendant.

**<u>ORDER</u>**

24 Cr. 512 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

A conference in this matter will take place on **September 17, 2024, at 2:00 p.m.**
in Courtroom 705 of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, New
York.

Dated:  New York, New York
        September 6, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge