```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :
                                    :   1:24-CR-00512-PGG-1
     -against-                      :
                                    :   ORDER
Alyssa Cardoso                      :
                                    :
Defendant                           :
                                    :
------------------------------------X
```

Paul G. Gardephe, United States District Judge:

It is hereby ORDERED that the defendant's bail be modified to include the condition of mental health evaluation and treatment as directed by Pretrial Services.

Dated: New York, New York
October 9, 2024

SO ORDERED:

*Paul Gardephe* (signature)
Paul G. Gardephe
United States District Judge