UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| - against - | **ORDER** |
| ALYSSA CARDOSO, | 24 Cr. 512 (PGG) |
| Defendant. | |

PAUL G. GARDEPHE, U.S.D.J.:

  For the reasons discussed at today's conference, the application of Kevin B. Faga to withdraw as counsel for Alyssa Cardoso is granted, subject to the appointment of replacement counsel and Mr. Faga's transmission of all case files and discovery material to the new attorney.

  Based on Ms. Cardoso's financial affidavit, her application for court appointed counsel is granted.

  The transcript of the December 30, 2024 ex parte conference is sealed and is to be made available only to defense counsel upon request, because it concerns the Defendant's representation.

  Given the change in defense counsel, the conference currently scheduled for Friday, January 3, 2025, at 10:00 a.m. is adjourned to **Friday, January 10, 2025, at 11:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
December 30, 2024

SO ORDERED.

*[signature: Paul G. Gardephe]*

Paul G. Gardephe
United States District Judge