UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- against -

ALYSSA CARDOSO,

Defendant.

**ORDER**

24 Cr. 512 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

The conference currently scheduled for January 10, 2025, at 10:00 a.m. is adjourned to **February 11, 2025, at 10:00 a.m.**

Upon the application of the Government, by and through Assistant United States Attorney Connie L. Dang, and with the consent of the Defendant, Alyssa Cardoso, by and through her counsel Ian Marcus Amelkin, the time between January 10, 2025, through February 11, 2025, is excluded under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A). The Court finds that the granting of such a continuance serves the ends of justice and outweighs the best interests of the public and the Defendant in a speedy trial, because it will allow the Government to provide discovery to the defendant's new counsel, allow the defense to review discovery, and will permit the parties to discuss a potential pre-trial disposition of this case.

Dated: New York, New York
January 8, 2025

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge