# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

January 22, 2025

**BY ECF**

The Honorable Paul G. Gardephe
Southern District of New York
40 Foley Square
New York, NY 10007

     **Re:   United States v. Cardoso**
           **24 Cr 512 (PGG)**

Dear Judge Gardephe:

     The Government and defense write jointly respectfully request the Court relieve the Federal Defenders and substitute a CJA attorney to represent Ms. Cardoso. The parties agree that there is a conflict or at the least a potential conflict that requires substitution of counsel. Thank you for considering this request.

                    Respectfully submitted,

                    /s/

                    Ian Marcus Amelkin
                    Assistant Federal Defender
                    52 Duane Street, 10th Floor
                    New York, NY 10007
                    (212) 417-8733

cc:    AUSA Connie Deng, Esq.

**MEMO ENDORSED**

**The Application is granted.**

**SO ORDERED:**

Paul G. Gardephe, U.S.D.J.

Date:  January 23, 2025