LAW OFFICE OF ANTHONY CECUTTI
217 Broadway, Suite 707
New York, New York 10007
Phone: (212) 619-3730
Cell: (917) 741-1837
Fax: (212) 962-5037
anthonycecutti@gmail.com

April 8, 2025

**BY ECF**
The Honorable Paul G. Gardephe
United States District Court Judge
Southern District of New York
40 Foley Square
New York, New York 10007

                **Re: United States v. Alyssa Cardoso; 24 Cr. 512 (PGG)**

Dear Judge Gardephe:

      I represent Alyssa Cardoso in the above-referenced matter, having been appointed pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A on January 28, 2025, after prior counsel was relieved.

      A status conference is scheduled for April 14, 2025. I write, with the consent of the Government, to respectfully request a 45-day adjournment of the conference. The additional time will allow for continued review of discovery, and discussions with Ms. Cardoso as to her options, and with the Government concerning a potential resolution of this matter.

      Should the Court grant the instant request, Ms. Cardoso and I do not have any objection to an exclusion of time from the Speedy Trial Clock until the next scheduled conference date.

      Thank you for your consideration.

**MEMO ENDORSED:**

The application is denied. The conference will proceed as scheduled on April 14, 2025.

SO ORDERED.

*[signature: Paul G. Gardephe]*
_____
Paul G. Gardephe
United States District Judge
Date: April 10, 2025

Respectfully submitted,

/s/

Anthony Cecutti, Esq.