UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
─────────────────────────────────

UNITED STATES OF AMERICA

- against -

ALYSSA CARDOSO,

Defendant.

**ORDER**

24 Cr. 512 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

This case will proceed to trial on **August 25, 2025, at 9:30 a.m.** The following schedule will apply to pre-trial submissions:

1. The Defendant's pre-trial motions, if any, are due by **June 23, 2025**. If the Defendant files pre-trial motions, the Government will submit a letter by **June 25, 2025,** proposing a due date for its responsive papers.

2. Motions in limine, proposed voir dire, and requests to charge are due by **July 25, 2025**.

3. Responsive papers are due by **August 1, 2025**.

Dated: New York, New York
April 22, 2025

SO ORDERED.

_Paul S. Gardephe_
Paul G. Gardephe
United States District Judge