LAW OFFICE OF ANTHONY CECUTTI<br>
217 Broadway, Suite 707<br>
New York, New York 10007<br>
Phone: (212) 619-3730<br>
Cell: (917) 741-1837<br>
Fax: (212) 962-5037<br>
anthonycecutti@gmail.com

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*/s/ Paul S. Gardephe*

Paul G. Gardephe, U.S.D.J.

Dated: July 10, 2025

July 9, 2025

**BY ECF**
The Honorable Paul G. Gardephe
United States District Court Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**Re: United States v. Alyssa Cardoso; 24 Cr. 512 (PGG)**

Dear Judge Gardephe:

    I represent Alyssa Cardoso in the above-referenced matter, having been appointed pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A on January 28, 2025, after prior counsel was relieved.

    I write, without objection from Pretrial Services, to respectfully request that Ms. Cardoso be permitted to travel with her family to Johnsburg, New York from July 14 to July 19, 2025. She has provided the address and all other relevant information to Pretrial Services. Ms. Cardoso remains in full compliance with her conditions of release.

    After conferring with AUSA Connie Dang, the Government defers to Pretrial Services.

    Thank you for your consideration.

Respectfully submitted,

/s/

Anthony Cecutti, Esq.