UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- against -

ALYSSA CARDOSO,

Defendant.

---

**ORDER**

24 Cr. 512 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

WHEREAS, with the Defendant's consent, the Defendant's guilty plea allocution to Counts Four, Twelve, Thirty-Four, and Forty-Nine of the Indictment (Dkt. No. 3) was made before United States Magistrate Judge Robert W. Lehrburger on August 8, 2025;

WHEREAS, a transcript of the plea allocution was made and thereafter transmitted to the District Court;

WHEREAS, upon review of the transcript, this Court has determined that the Defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

It is further ordered that sentencing will take place on **November 6, 2025, at 3:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

The Defendant's sentencing submission is due by **October 23, 2025**. The Government's sentencing submission is due by **October 30, 2025**. In the event that the Government intends to seek an order of restitution or an order of forfeiture at sentencing, it will

include a proposed order(s) with its sentencing submission, along with an explanation of how the restitution and/or forfeiture amounts were calculated.

Dated: New York, New York
       August 15, 2025

                                SO ORDERED.

                                _____
                                Paul G. Gardephe
                                United States District Judge