LAW OFFICE OF ANTHONY CECUTTI
217 Broadway, Suite 707
New York, New York 10007
Phone: (212) 619-3730
Cell: (917) 741-1837
Fax: (212) 962-5037
anthonycecutti@gmail.com

October 17, 2025

**BY ECF**
The Honorable Paul G. Gardephe
United States District Court Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**Re: United States v. Alyssa Cardoso; 24 Cr. 512 (PGG)**

Dear Judge Gardephe:

    I represent Alyssa Cardoso in the above-referenced matter, having been appointed pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A on January 28, 2025, after prior counsel was relieved.

    I write, without objection from Pretrial Services or the Government, to respectfully request that Ms. Cardoso be permitted to travel to Kingston, New York on October 21, 2025 and October 22, 2025 for employment purposes. She will provide the employment address and all other relevant information to Pretrial Services. Ms. Cardoso remains in full compliance with her conditions of release.

    Thank you for your consideration.

Respectfully submitted,

/s/

Anthony Cecutti, Esq.

**MEMO ENDORSED**
The Application is granted.
SO ORDERED:

_Paul G. Gardephe_
**Paul G. Gardephe, U.S.D.J.**

Dated: October 20, 2025