UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――

| UNITED STATES OF AMERICA | |
|---|---|
| - against - | **ORDER** |
| ALYSSA CARDOSO, | 24 Cr. 512 (PGG) |
| Defendant. | |

PAUL G. GARDEPHE, U.S.D.J.:

      It is hereby ORDERED that the sentencing of Defendant Cardoso is adjourned from November 6, 2025 to **December 4, 2025, at 3:00 p.m**. in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. Any submissions on behalf of the Defendant are due on **November 13, 2025**, and the Government's sentencing submission is due on **November 20, 2025**.

Dated: New York, New York
       October 23, 2025

SO ORDERED.

_Paul G. Gardephe_
Paul G. Gardephe
United States District Judge