LAW OFFICE OF ANTHONY CECUTTI
217 Broadway, Suite 707
New York, New York 10007
Phone: (212) 619-3730
Cell: (917) 741-1837
Fax: (212) 962-5037
anthonycecutti@gmail.com

October 27, 2025

**BY ECF**
The Honorable Paul G. Gardephe
United States District Court Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**Re: United States v. Alyssa Cardoso; 24 Cr. 512 (PGG)**

Dear Judge Gardephe:

I represent Alyssa Cardoso in the above-referenced matter, having been appointed pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A on January 28, 2025, after prior counsel was relieved.

I write, without objection from Pretrial Services or the Government, to respectfully request that Ms. Cardoso be permitted to travel to Waterbury, Connecticut on November 8, 2025 for her best friend's daughter's 9th birthday party. She will provide the location and address, and all other relevant information to Pretrial Services. Ms. Cardoso remains in full compliance with her conditions of release.

Thank you for your consideration.

MEMO ENDORSED

The Application is granted.

SO ORDERED:

/s/ Paul G. Gardephe
Paul G. Gardephe, U.S.D.J.

Dated: October 27, 2025

Respectfully submitted,

/s/

Anthony Cecutti, Esq.