LAW OFFICE OF ANTHONY CECUTTI
217 Broadway, Suite 707
New York, New York 10007
Phone: (212) 619-3730
Cell: (917) 741-1837
Fax: (212) 962-5037
anthonycecutti@gmail.com

November 12, 2025

**BY ECF**
The Honorable Paul G. Gardephe
United States District Court Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**Re: United States v. Alyssa Cardoso; 24 Cr. 512 (PGG)**

Dear Judge Gardephe:

We represent Alyssa Cardoso in the above-referenced matter, having been appointed pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A. On August 8, 2025, Ms. Cardoso pled guilty to multiple tax counts charged in the indictment pursuant to a plea agreement with the Government. Sentencing is presently scheduled for December 4, 2025.

We write, without objection from the Government, to respectfully request a brief extension to file our sentencing submission, which is due tomorrow. We have been actively preparing our submission. However, we need an extra few days. As such, we respectfully request until Monday, November 17, 2025 to file our sentencing submission. Should the Court grant this request, the Government requests until Monday, November 24, 2025 to file its sentencing letter.

Thank you for your consideration.

Respectfully submitted,

/s/

Anthony Cecutti, Esq.
Richard Ma, Esq.

**MEMO ENDORSED**
The Application is granted.
SO ORDERED:

*Paul S. Gardephe*

Paul G. Gardephe, U.S.D.J.
Date: November 12, 2025