UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

ALYSSA CARDOSO,

Defendant.

**ORDER**

24 Cr. 512 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

Sentencing is scheduled for December 4, 2025, at 3:00 p.m.  In its sentencing submission, the Government asks the Court to impose a three-year term of supervised release. (Govt. Sent. Br. (Dkt. No. 59) at 5)  In the Presentence Report, however, the Probation Department states that "[t]he Court may impose a term of supervised release of not more than one year per count," and that "[m]ultiple terms of supervised release shall run concurrently." (PSR (Dkt. No. 55) ¶¶ 87-88 (citing 18 U.S.C. §§ 3853(b)(3), 3624(e))  By **December 2, 2025**, the Government will submit authority supporting its request for a three-year term of supervised release.

Dated:  New York, New York
        November 26, 2025

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge