UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

ALYSSA CARDOSO,

Defendant.

**ORDER**

24 Cr. 512 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The sentencing currently scheduled for December 4, 2025, at 3:00 p.m.

is adjourned to **December 4, 2025, at 2:00 p.m.**

Dated:  New York, New York
        November 26, 2025

SO ORDERED.

Paul G. Gardephe
United States District Judge