UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

ALYSSA CARDOSO,

Defendant.

**ORDER**

24 Cr. 512 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ordered that the sentencing of Defendant Cardoso is adjourned to **January 12, 2026, at 10:00 a.m**. in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

The Government will provide supplemental briefing by **December 29, 2025**, and the Defendant's supplemental briefing is due on **January 5, 2026**.

The parties' supplemental sentencing submissions will address the issues discussed during the December 4, 2025 conference including: (1) the discrepancy between Paragraphs 76 and 82 of the Pre-Sentence Report as to Cardoso's income; (2) the reference to a car loan at Paragraph 81 of the Pre-Sentence Report although no car is listed in Paragraph 78 as an asset; and (3) the allegations in the letter of Carol Bello dated November 29, 2025, including that Cardoso did not fund her sister's college education, that Cardsoso did not suffer abuse during her childhood, and the Defendant's conduct in connection with her grandmother's tax returns.

Dated:  New York, New York
        December 8, 2025

SO ORDERED.

Paul G. Gardephe
United States District Judge